NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL R. LANGE, AND SKY ROBOTICS, INC.,**
*Plaintiffs-Appellants,*

**v.**

**MARK A. LITMAN, AND MARK A. LITMAN & ASSOCIATES, P.A.,**
*Defendants-Appellees,*

AND

**IPC EAGLE, INC.,**
*Defendant.*

---

2012-1565

---

Appeal from the United States District Court for the District of Minnesota in No. 11-CV-2387, Judge Donovan W. Frank.

---

**ON MOTION**

---

Before DYK, MAYER, and O'MALLEY, *Circuit Judges.*

PER CURIAM.

**O R D E R**

On March 11, 2013, appellees Mark A. Litman and Mark A. Litman & Associates filed a motion seeking reversal without oral argument and a remand with instructions to dismiss the plaintiff's malpractice claims for lack of jurisdiction. Appellants Michael R. Lange and Sky Robotics, Inc., opposed.

IT IS ORDERED THAT:

In light of the Supreme Court's decision in *Gunn v. Minton*, 568 U.S. \_\_\_, 133 S.Ct. 1059 (2013), we conclude that the district court lacked jurisdiction over the malpractice claims at issue. We vacate the district court's decision and remand to the district court. On remand the district court shall dismiss the plaintiffs' complaint for lack of jurisdiction.

FOR THE COURT

March 27, 2013          /s/ Jan Horbaly
       Date               Jan Horbaly
                          Clerk

cc:  Paul A. Sortland, Esq.
     Charles E. Lundberg, Esq.